

**IT IS ORDERED as set forth below:**

**Date: July 8, 2013**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE:   COURTNEY G. JONES AND       {   CHAPTER 13
         MAURYO J. JONES,            {
                                     {
         DEBTOR(S)                   {   CASE NO. A10-90321-PWB
                                     {
                                     {   JUDGE:  BONAPFEL
```

**ORDER DENYING MOTION TO DISMISS HELD JUNE 19, 2013**

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 Plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice of hearing.

The Clerk of Court is directed to serve a copy of this Order on Debtor, the Debtor's Attorney, and the Chapter 13 Trustee.

End of Document

Presented by:

_____/s/_____
Brandi L. Kirkland, Esq.
for Mary Ida Townson
Standing Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
GA Bar No.:  423627
brandik@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE:   COURTNEY G. JONES AND      {   CHAPTER 13
         MAURYO J. JONES,           {
                                    {
         DEBTOR(S)                   {   CASE NO. A10-90321-PWB
                                    {
                                    {   JUDGE:  BONAPFEL
```

**DISTRIBUTION LIST**

MARY IDA TOWNSON
CHAPTER 13 TRUSTEE
SUITE 2200
191 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1740


COURTNEY G. JONES
1079 LEGACY DRIVE
BIRMINGHAM, AL 35242

MAURYO J. JONES
1079 LEGACY DRIVE
BIRMINGHAM, AL 35242


SLOMKA LAW FIRM
1069 SPRING STREET, NW
2ND FLOOR
ATLANTA, GA 30309